DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CATHERINE HOSN,**
Appellant,

v.

**ROCHELLE GORDY,** as Trustee of the ROCHELLE
GORDY REVOCABLE TRUST,
Appellee.

No. 4D20-2459

[December 2, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE16-009064.

Mark T. Packo of Ged Lawyers, LLP, Boca Raton, for appellant.

Charles M-P George of Law Offices of Charles M-P George, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***